# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10291

_____

NATIONAL LABOR RELATIONS BOARD,

Petitioner,

INTERNATIONAL CHEMICAL WORKERS UNION COUNCIL
OF THE UNITED FOOD AND
COMMERCIAL WORKERS INTERNATIONAL UNION,

Intervenor,

*versus*

ARRMAZ PRODUCTS INC.,

Respondent.

_____

Application for Enforcement of an Order of the
National Labor Relations Board
Agency No. 12-CA-294086

_____

ORDER:

Intervenor's "Motion for Leave and Extension to File Brief in Reply/Response to 'Reply Brief of Respondent and Cross-Petitioner Arrmaz Products Inc.'" is GRANTED.

Intervenor's reply brief is due within 14 days after the date of this order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION