

United States Government

NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Washington, DC 20570-0001

VIA CM/ECF

November 12, 2024

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

      Re:    *NLRB v. ArrMaz Products Inc.,* No. 23-10291-JJ
              Oral argument scheduled: November 19, 2024
              (before Judges Wilson, Brasher, and Hull)

Dear Mr. Smith:

      Pursuant to Rule 28(j), the Board writes to inform the Court of *NLRB v. Blue School*, 2024 WL 4746378 at *1 (2d Cir. Nov. 12, 2024) (summary order). In *Blue School*, the Second Circuit ruled on an issue also presented in this case, regarding the finality and reviewability of a Board order that "severed the issue of certain remedial relief for further consideration." *Id*. It stated that "we conclude that the Board's severance of a discrete remedial issue does not impact our jurisdiction over the Board's application for enforcement" and cited cases from three other circuits, finding their reasoning "persuasive." *Id*. (citing *NLRB v. Siren Retail Corp.*, 99 F.4th 1118, 1122-24 (9th Cir. 2024); *Longmont United Hosp. v. NLRB*, 70 F.4th 573, 578 (D.C. Cir. 2023); *NLRB v. United Scrap Metal PA, LLC*, 116 F.4th 194, 197 (3d Cir. 2024)). The court emphasized that the possibility of the Board granting additional relief to make employees whole for the lost opportunity to bargain from the "'refusal to bargain does not negate the reality that the decision consummat[es] the Board's final statement on the underlying violation and is one from which legal consequences – the requirement to bargain with the Union – will

flow if enforced.'" *Id.* (quoting *Siren Retail*, 99 F.4th at 1124 (cleaned up)). The court enforced the Board's order in full.

The case at bar presents the same finality issue that has now been resolved in the Board's favor by the Second, Third, Ninth, and D.C. Circuits. (ArrMaz Br. 17-19; NLRB Br. 29-37, Intervenor Br. viii-xi.)

                                      Respectfully submitted,

                                      s/ Ruth E. Burdick
                                      Ruth E. Burdick
                                      Deputy Associate General Counsel
                                      NATIONAL LABOR RELATIONS BOARD
                                      1015 Half Street SE
                                      Washington, DC 20570

Cc: All counsel (via CM/ECF)